110 A.3d 927

MANUEL GUAMAN, MARIA GUAMAN, NADIA CHERY, DEYINIRA VALENZUELA, ROSA RODRIGUEZ AND KEITHION BLAKE, PLAINTIFFS–APPELLANTS, v. JENNIFER VELEZ, COMMISSIONER OF NEW JERSEY DEPARTMENT OF HUMAN SERVICES AND JOHN GUHL, DIRECTOR OF MEDICAL ASSISTANCE AND HEALTH SERVICES, DEFENDANTS–RESPONDENTS.

Argued February 2, 2015—Decided March 30, 2015.

*Jennifer B. Condon* argued the cause for appellants (*Seton Hall University School of Law Center for Social Justice* and *Gibbons,* attorneys; *Ms. Condon, Lawrence S. Lustberg, Benjamin Yaster, Clarissa A. Gomez,* and *Saiju George,* on the briefs).

*Melissa H. Raksa,* Assistant Attorney General, argued the cause for respondents (*John J. Hoffman,* Acting Attorney General of New Jersey, attorney; *Molly A. Moynihan,* Deputy Attorney General, on the brief).

*Ronald K. Chen* argued the cause for *amicus curiae* American Civil Liberties Union of New Jersey (*Rutgers Constitutional Litigation Clinic Center for Law & Justice,* attorneys; *Mr. Chen, Edward L. Barocas, Jeanne M. LoCicero,* and *Alexander R. Shalom,* of counsel and on the brief).

*John C. Kelly* and *Judah Skoff* submitted a brief on behalf of amici curiae New Jersey Appleseed Public Interest Law Center, New Jersey Policy Perspective, New Jersey Citizen Action, State Parent Advocacy Network, Family Voices of New Jersey, Next Step, New Jersey Working Families Alliance, Blue Wave, South Jersey Chapter of the National Organization of Women, The Unitarian Universalist Legislative Ministry of New Jersey, The Lutheran Office of Governmental Ministry in New Jersey, Latino Action Network, and Democracia (*McCarter & English,* attorneys).

PER CURIAM.

The judgment of the Appellate Division is affirmed, substantially for the reasons expressed in Judge Reisner's majority opinion reported at 432 *N.J.Super.* 230, 74 *A.*3d 931 (App.Div.2013).

Chief Justice RABNER and Justice ALBIN dissent substantially for the reasons expressed in Judge Harris's dissenting opinion reported at 432 *N.J.Super.* 230, 249, 74 *A.*3d 931 (App.Div.2013).

*For affirmance*—Justices LaVECCHIA, PATTERSON, FERNANDEZ–VINA, and SOLOMON—4.

*For Reversal*—Chief Justice RABNER and Justice ALBIN—2.

*Not Participating*—Judge CUFF (temporarily assigned).